# WELLS LAW P.C.
229 Warner Road
Lancaster, New York 14086
Tel.: (615) 364-5058
Email: will@wellspc.com

---

January 9, 2023

The Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *Vertiv Inc., et al. v. Matthew Walsh, et al.*, Civil Action No.: 22-cv-8162 – Request to Reschedule Initial Pre-Trial Conference

Dear Judge Schofield:

    Along with our co-counsel, Howard Foster, this firm represents Defendants Matthew Walsh ("Mr. Walsh") and Parkview Advance LLC ("Parkview") in the above-referenced case. I write pursuant to Rule I.B.2 of your Individual Rules and Procedures for Civil Cases to request that the Court reschedule the Initial Case Management Conference ("ICMC") to accommodate Mr. Foster, who has a doctor's appointment that conflicts with the ICMC.

    In further support of this request, I provide the following information: (1) the current date of the ICMC is January 11, 2023, at 4:20 pm ET; (2) there have been no previous requests to reschedule the ICMC; and (3) Plaintiffs' counsel does not object to rescheduling the ICMC for January 13, 18, or 19 (the afternoon), 2023.

    Pursuant to the foregoing, I respectfully request that the Court reschedule the Initial Case Management Conference ("ICMC") to accommodate Mr. Foster.

    We respectfully thank the Court for its courtesies in this regard.

Application GRANTED. The initial pretrial conference scheduled for January 11, 2023, is adjourned to **January 18, 2023, at 4:20 P.M.**

Dated: January 10, 2023
New York, New York

Respectfully,

**WELLS LAW P.C.**

*s/ Will Parsons*
Will Parsons

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**