UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    VERTIV INC., et al.,

                      Plaintiffs,

                      22 Civ. 8162 (LGS)

          -against-

                      ORDER

    MATTHEW WALSH, et al.,

                      Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial conference was held in this case on January 25, 2023. It is hereby

    **ORDERED** that, by **January 27, 2023**, Plaintiffs shall file a letter concerning whether they plan to drop Defendant Parkview Advance LLC ("Parkview") from the case. It is further

    **ORDERED** that, by **February 8, 2023**, Plaintiffs shall file a letter addressing whether, in light of the enterprise(s) that Plaintiffs have alleged, the business entities are proper defendants in this case, including Stat Capital Funding LLC and, if not dropped from the case, Parkview. Plaintiffs' letter shall address whether they allege that each business entity is a separate enterprise unto itself, as "enterprise" is used in the RICO statute, or whether Plaintiffs allege a broader enterprise consisting of both entities (and potentially other persons and entities). It is further

    **ORDERED** that, by **February 22, 2023**, Parkview shall file a letter in response to Plaintiffs' letter, if Parkview has not been dropped as a Defendant by that time.

Dated: January 26, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**