Application GRANTED nunc pro tunc.  Plaintiffs' deadline to file the letter referenced below is extended to **February 15, 2023**.  Defendants' deadline to file a response, if they have not been dismissed from the case by then, is extended to **February 22, 2023**.

Dated:  February 9, 2023
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

February 8, 2023

**VIA ECF**

Hon. Lorna G. Schofield, U.S. District Judge
United States District Court, SDNY
500 Pearl Street
New York, New York 10007

      RE:    **_Vertiv Inc., et al. v. Matthew Walsh, et al._ - Case No. 22-cv-08162 (LGS)**

Dear Judge Schofield:

    This letter is respectfully submitted on behalf of Plaintiffs Vertiv Inc. and Shilpashree Haregoudar ("Plaintiffs"), with the consent of counsel for Defendants Matthew Walsh and Parkview Advance LLC, requesting a short extension of today's deadline to file a letter addressing the enterprise alleged in Plaintiffs' Amended Complaint pursuant to the January 26, 2023 Order (ECF Doc. 51).

    As of this morning, Plaintiffs reached an agreement in principle to a voluntary partial dismissal of the action, with prejudice, as to Defendants Matthew Walsh and Parkview Advance LLC pursuant to FRCP 41(a)(1)(A)(ii). Plaintiffs are in the process of executing documents with Defendants Parkview and Walsh and respectfully request an adjournment of today's deadline by several days to exchange the same. Plaintiffs have not requested any prior adjournments of any deadlines in this action and filed this request as soon as the need for an extension became known.

    Plaintiffs thank the Court for its consideration the foregoing request.

                                            Respectfully submitted,

                                            /s/ Christopher S. Fraser

cc:    All counsel of record via ECF