**THE DWECK LAW FIRM, LLP**

1 ROCKEFELLER PLAZA

NEW YORK, N.Y. 10020

JACK S. DWECK*
H.P. SEAN DWECK**

CHRISTOPHER S. FRASER***

ERIC J. SCHMERTZ
　1925-2010

　* ADMITTED TO N.Y. CONN. AND FLA. BARS
 ** ADMITTED TO N.Y. AND PA. BARS
*** ADMITTED TO N.Y. AND N.J. BARS

TELEPHONE:  (212) 687-8200
FACSIMILE:  (212) 697-2521

WWW.DWECKLAW.COM

WESTCHESTER OFFICE
901 NORTH BROADWAY
NORTH WHITE PLAINS, N.Y. 10603

NOT FOR SERVICE OF PAPERS

CONNECTICUT OFFICE
GRAVEL ISLAND ROAD
NEW CANAAN, CT 06840

(203) 972-3000

NOT FOR SERVICE OF PAPERS

February 15, 2023

**VIA ECF**

Hon. Lorna G. Schofield, U.S. District Judge
United States District Court, SDNY
500 Pearl Street
New York, New York 10007

      RE:    *Vertiv Inc., et al. v. Matthew Walsh, et al.* **- Case No. 22-cv-08162 (LGS)**

Dear Judge Schofield:

      This letter is respectfully submitted on behalf of Plaintiffs Vertiv Inc. and Shilpashree Haregoudar ("Plaintiffs") pursuant to the Feb. 9, 2023 Order (ECF Doc. 55) to address the issues raised in the Jan. 26, 2023 Order (ECF Doc. 51) regarding the alleged RICO "enterprise."

      Plaintiffs wish to advise the Court that they will be e-filing a Stipulation of Voluntary Partial Dismissal with Prejudice as to Defendants Matthew Walsh and Parkview Advance LLC (collectively "Parkview") and therefore will only address Plaintiffs' RICO claim as alleged against Stat Capital Funding LLC ("Stat Capital") and any unknown business entities and individuals.

      In light of the fact that Parkview will no longer be in the case and Plaintiffs are not presently aware of any additional business entities or individuals forming the alleged enterprise, Stat Capital has been converted into an alleged "enterprise" unto itself even though not plead that way in the Amended Complaint. Given the current posture of the case, Plaintiffs would like to withdraw the pending motion for default judgment on liability against Stat Capital and, after the Stipulation of Voluntary Dismissal with Prejudice is filed with respect to Parkview, Plaintiff would like to file a proposed Order dismissing the action, without prejudice, as to Defendants Stat Capital, Paul Giolli a/k/a John Doe "1", and the remainder of the John Doe/ABC Corp. defendants.

                                            Respectfully submitted,

                                            /s/ Christopher S. Fraser

cc:      All counsel of record via ECF