UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

VERTIV INC. and SHILPASHREE HAREGOUDAR,

                    Plaintiffs,

-against-

MATTHEW WALSH, PARKVIEW ADVANCE LLC, STAT CAPITAL FUNDING LLC, PAUL GIOLLI a/k/a JOHN DOE "1", JOHN DOE "2" through JOHN DOE "10" and ABC CORP. "1" through ABC CORP. "10", being fictitious names, the real names being unknown to Plaintiffs at this time, and being intended to designate individuals, corporations, or other legal entities who engaged in the collection of an unlawful debt in violation of 18 U.S.C. § 1962(c) as alleged herein,

                    Defendants.
------------------------------------------------------------------X

Docket No.: 22-cv-08162-LGS

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

        Pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Vertiv Inc. and Shilpashree Haregoudar ("Plaintiffs"), by and through their undersigned attorneys, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants Stat Capital Funding LLC, Paul Giolli a/k/a John Doe "1", John Doe "2" through John Doe "10", and ABC Corp. "1" through ABC Corp. "10."

Dated: New York, New York
         February 28, 2023

                                            **THE DWECK LAW FIRM, LLP**
                                            *Attorneys for Plaintiffs Vertiv Inc.*
                                            *and Shilpashree Haregoudar*

                                            By: _____
                                            Christopher S. Fraser, Esq. (CF-7590)
                                            1 Rockefeller Plaza, Suite 1712
                                            New York, New York 10020
                                            Tel: (212) 687-8200
                                            cfraser@dwecklaw.com